IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN K. CRAWFORD,

      Petitioner,                      No. CIV S-03-2626 MCE JFM P

    vs.

DIANA K. BUTLER, Warden, et al.,

      Respondents.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 26, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Neither party filed objections to the findings and recommendations.  On February 21, 2007, the district court adopted the findings and recommendations in full and denied the petition.  Judgment was entered on the same day.

        On February 28, 2007, plaintiff filed a letter in which he states that he did not receive a copy of the findings and recommendations.  He requests a copy of the findings and

1

1  recommendations and additional time to present any objections to the judgment he may have.
2  Good cause appearing, IT IS HEREBY ORDERED that:
3              1. The Clerk of the Court shall re-serve a copy of this court's January 26, 2007
4  findings and recommendations on plaintiff at his address of record; and
5              2. Plaintiff is granted forty-five days from the date of this order to file, as
6  appropriate, a motion for relief from the judgment entered in this action on February 21, 2007,
7  see Fed. R. Civ. P. 60(b); Rule 11, 28 U.S.C. foll. § 2254, together with proposed objections to
8  the findings and recommendations.
9  DATED: March 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/craw2626.o

2